FILE COPY

RE: Case No. 14-0937                    DATE: 1/23/2015
    COA #: 12-14-00322-CV    TC#: 349-7327
STYLE: WILLIAM WALLACE FREY
       v. RAYMOND HENDRIX, ET AL.

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK